UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 0 4 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| ISAIAH PATRICK JAMES,<br>Defendant | § § | |

18 CR 192

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about August 18, 2017, in the Houston Division of the Southern District of Texas,

**ISAIAH PATRICK JAMES,**

Defendant, did intentionally and knowingly assault a person, Phuoc Loc Hau, having lawful charge, control, and custody of United States mail matter, money, and other property of the United States, with intent to rob, steal, and purloin said mail matter, money, and other property of the United States, and in doing so, put the life of Phuoc Loc Hau in jeopardy by the use of a dangerous weapon, that is a firearm, in violation of Title 18, United States Code, Section 2114(a).

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: _____
Joe Porto
Assistant United States Attorney

1